| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | DAVID B. COUNTRYMAN (CSBN 226995)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102<br>Telephone: 415.436.7303 |
| 7 | Facsimile:   415.436.7234<br>Email: david.countryman@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 10- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WARRANT OF ARREST OF |
| | ) | PROPERTY *IN REM* |
| | ) | |
| APPROXIMATELY $139,740 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TO:   ANY AGENT OF THE DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant funds and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described funds which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 11th floor, San Francisco, California 94102, within 35 days after

1 the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for
2 Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final
3 publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint
4 shall be filed and served within twenty (20) days thereafter or within such additional time as may
5 be allowed by the Court.
6 Dated: January 14, 2010    RICHARD W. WEIKING
                             United States District Clerk
7
8                            By: _____MARY ANN BUCKLEY_____