RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
NONI ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $139,740 IN UNITED STATES CURRENCY,<br><br>Defendant<br>_____/ | C-10-0186-TEH<br><br><br><br><br>**STIPULATION TO CONTINUE DATE TO FILE ANSWER TO COMPLAINT FOR FORFEITURE**<br>_____ |

    Claimant Noni Alexander, by and through her counsel of record Randy Sue Pollock, and Claimant Brandon Johnson, by and through his counsel of record Jai Gohel, and Assistant United States Attorney David Countryman, hereby jointly agree to continue the date on which an answer must be filed to the government's complaint for forfeiture to July 30, 1010.

    Claimant Johnson presently has federal criminal charges pending in Philadelphia, PA [CR. 09-00535-JCJ] and a trial date of June 28, 2010.

1     Claimants Johnson and Alexander jointly have criminal charges pending in
2 Alameda County Superior Court [Case No. 553400A]. The currency at issue in this
3 forfeiture was seized during the arrest in the Alameda County case. This case is trailing
4 the federal criminal case in Pennsylvania.
5     The parties do not anticipate a resolution of this forfeiture case until both criminal
6 cases are resolved.

7
8 Date:  February 15, 2010                            /s/
9                                                        Randy Sue Pollock
                                                       Counsel for Claimant
10                                                       Noni Alexander

11 Date:  February 15, 2010                            /s/
                                                      Jai Gohel
12                                                       Counsel for Claimant
                                                      Brandon Johnson
13
14
Date:  February 15, 2010                            /s/
15                                                       David Countryman
                                                      Assistant U.S. Attorney
16
17
SO ORDERED:
18
19 Date: February  16 ,2010



THELTON E. HENDERSON
U.S. District Court Judge