```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64473)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  San Francisco, CA 94109
    Telephone: (510) 763-9967
 4  Facsimile:  (510) 272-0711

 5  Attorney for Defendant
    NONI ALEXANDER
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>APPROXIMATELY $139,740 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant<br>_____/ | **C-10-0186-TEH**<br><br><br><br><br>**STIPULATION TO CONTINUE DATE TO FILE ANSWER TO COMPLAINT FOR FORFEITURE**<br>_____ |

　　　　Claimant Noni Alexander, by and through her counsel of record Randy Sue Pollock, and Claimant Brandon Johnson, by and through his counsel of record Jai Gohel, and Assistant United States Attorney David Countryman, hereby jointly agree to continue the date on which an answer must be filed to the government's complaint for forfeiture to July 30, 1010.

　　　　Claimant Johnson presently has federal criminal charges pending in Philadelphia, PA [CR. 09-00535-JCJ] and a trial date of June 28, 2010.

1  Claimants Johnson and Alexander jointly have criminal charges pending in
2  Alameda County Superior Court [Case No. 553400A].  The currency at issue in this
3  forfeiture was seized during the arrest in the Alameda County case.  This case is trailing
4  the federal criminal case in Pennsylvania.
5  The parties do not anticipate a resolution of this forfeiture case until both criminal
6  cases are resolved.

8  Date:  February 15, 2010                          /s/
                                                     Randy Sue Pollock
9                                                    Counsel for Claimant
                                                     Noni Alexander

11 Date:  February 15, 2010                          /s/
                                                     Jai Gohel
12                                                   Counsel for Claimant
                                                     Brandon Johnson

15 Date:  February 15, 2010                          /s/
                                                     David Countryman
                                                     Assistant U.S. Attorney

17 SO ORDERED:

19 Date: February  16 ,2010
20                                                   THELTON E. HENDERSON
                                                     U.S. District Court Judge

*(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson)*

2