JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.7303
   Facsimile:  415.436.7234
   Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                    Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> APPROXIMATELY $139,740 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>                    Defendant. ) <br> ) | No. 10- 0186 TEH <br><br> STIPULATION TO STAY AND <br> ~~[PROPOSED]~~ ORDER |

   Claimant Noni Alexander, by and through her counsel of record Randy Sue Pollock, and

Claimant Brandon Johnson, by and through his counsel of record Jai Gohel, and Assistant United

States Attorney David Countryman, hereby jointly agree to stay the instant case.

   Claimants Johnson has a related criminal charges pending in Federal District Court for

the Eastern District of Pennsylvania [Case No. 09-cr-00535] and both Johnson and Alexander

have a pending prosecution in Alameda County Superior Court [Case No. 553400A]. Trial in the

Pennsylvania case is currently set for June  28, 2010.  Docket No. 10. The currency at issue in

this forfeiture was seized during the arrest in the Alameda County case, which is trailing the

federal criminal case in Pennsylvania.

1    The allegations in the present forfeiture complaint are related to the allegations at issue in

2    the related criminal indictments and, consequently, the parties agree that a stay in the forfeiture

3    proceeding for 180 days is necessary, because continuation of the forfeiture proceeding will

4    burden the right of the claimant against self-incrimination in the related criminal cases and will

5    adversely affect the prosecution of the related criminal case.

6

7    IT IS SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                                        United States Attorney
8

9
     Dated: April 23, 2010                             /S/_____
10                                                     DAVID COUNTRYMAN
                                                       Assistant United States Attorney
11

12
     Dated: April 23, 2010                             /S/_____
13                                                     RANDY SUE POLLOCK, ESQ.
                                                       Attorney for Potential Claimant
14                                                     Noni Alexander

15

16   Dated: April 23, 2010                             /S/_____
                                                       JAI MANHAR GOHEL, ESQ.
17                                                     Attorney for Potential Claimant
                                                       Brandon Johnson
18

19

20                              **ORDER GRANTING STAY**

21        UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good

22   cause shown, it is by the Court on this _26th_ day of ____April____, 2010

23        ORDERED that the instant case be, and hereby is, STAYED, until ___October 25___,

24   2010, at _____1:30 PM_____ pursuant to 18 U.S.C. § 981(g).

25

26                                                     _____

27                                                     HONORABLE TH
                                                       United States Distri
28

Stipulation to Stay                        2

Judge Thelton E. Henderson