MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:   415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                 Plaintiff, ) <br> ) <br>                 v. ) <br> ) <br> APPROXIMATELY $139,740 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>                 Defendant. ) <br> _____ ) | No. 10- 0186 TEH <br><br> STIPULATION TO STAY AND <br> [~~PROPOSED~~] ORDER |

    Potential claimant Noni Alexander, by and through her counsel of record Randy Sue Pollock, and potential claimant Brandon Johnson, by and through his counsel of record Jai Gohel, and Assistant United States Attorney David Countryman, hereby jointly agree to stay the instant case.

    Potential Claimant Johnson has a related criminal charges pending in Federal District Court for the Eastern District of Pennsylvania [Case No. 09-cr-00535] and both Johnson and Alexander have a pending prosecution in Alameda County Superior Court [Case No. 553400A]. The preliminary hearing setting conference in Alameda is currently set for December 1, 2010. Docket No. 10.  The currency at issue in this forfeiture was seized during the arrest in the

Alameda County case, which is trailing the federal criminal case in Pennsylvania.

The allegations in the present forfeiture complaint are related to the allegations at issue in the related criminal indictments and, consequently, the parties agree that a stay in the forfeiture proceeding for 90 days is necessary, because continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related criminal cases and will adversely affect the prosecution of the related criminal case.

IT IS SO STIPULATED:                          MELINDA HAAG
                                              United States Attorney

Dated: October 19, 2010                       /S/_____
                                              DAVID COUNTRYMAN
                                              Assistant United States Attorney

Dated: October 19, 2010                       /S/_____
                                              RANDY SUE POLLOCK, ESQ.
                                              Attorney for Potential Claimant
                                              Noni Alexander

Dated: October 19, 2010                       /S/_____
                                              JAI MANHAR GOHEL, ESQ.
                                              Attorney for Potential Claimant
                                              Brandon Johnson

## ORDER GRANTING STAY

UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good cause shown, it is by the Court on this __22__ day of __October__, 2010.

ORDERED that the instant case be, and hereby is, STAYED, until __January 20, 2011__, 2011, at _____ pursuant to 18 U.S.C. § 981(g).

_____
HONORABLE THELTON E. HENDERSON
United States District Judge

Stipulation to Stay                    2